UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

County of Anoka,

        Plaintiff,

v.

Tyler Technologies, Inc.,

        Defendant.

Court File No. _____

**AFFIDAVIT OF SERVICE VIA EMAIL AND U.S. MAIL**

STATE OF MINNESOTA )
                              ) ss.
COUNTY OF HENNEPIN )

      Lisa J. White, being first duly sworn, deposes and says that on July 6, 2020, she caused to be served via Email and U.S. Mail the following:

1. Notice of Filing Notice of Removal;
2. Notice of Removal; and
3. Rule 7.1 Corporate Disclosure Statement

upon Jason J. Stover and Christine Carney, attorneys for County of Anoka, via email and mail at the last known address:

    Jason J. Stover
    Christine Carney
    Assistant County Attorneys
    County of Anoka
    2100 Third Avenue, Suite 720
    Anoka, MN 55303-5025
    Email: Jason.stover@co.anoka.mn.us
            Christine.carney@co.anoka.mn.us

                                      _/s/ Lisa J. White_
                                      Lisa J. White

Subscribed and sworn to before me
this 6th day of July, 2020

_____
Notary Public

JENNIFER A. TAPLIN
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2022

3