# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **COUNTY OF ANOKA, MINNESOTA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 20-cv-01524** |
| | § | |
| **TYLER TECHNOLOGIES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this litigation (in addition to all counsel of record):

Plaintiff:

- County of Anoka, Minnesota

Defendant:

- Tyler Technologies, Inc.

Defendant Tyler Technologies, Inc. further submits it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 6, 2020								By:	*/s/Barry M. Landy*
										Barry M. Landy (MN Bar #0391307)
										**CIRESI CONLIN LLP**
										Barry M. Landy (MN #0391307)
										Kyle W. Wislocky (MN #393492)
										225 S. 6th St., Suite 4600
										Minneapolis, MN 55402
										Phone: (612) 361-8200
										Fax: (612) 361-8217
										E-mail: BML@ciresiconlin.com
										E-mail: KWW@ciresiconlin.com

										Beth W. Petronio (TX #00797664)
										**K&L GATES, LLP**
										1717 Main Street, Suite 2800
										Dallas, TX 75201
										Telephone: (214) 939-5500
										Fax: (214) 939-5849
										E-mail: beth.petronio@klgates.com

										**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**