## EXHIBIT A

### ESI File Types Not To Be Collected

1. All file types on National Institute of Standards and Technology (NIST) database of software applications;

2. All executable files;

3. All system files;

4. All files in the C:\Windows directory (*e.g.*, LOG, DAT, etc. files);

5. To the extent any other file types are excluded from the production, the producing party shall adequately notify the opposing party.