**EXHIBIT B**

**Metadata Fields to Be Provided With Productions**

The term "scanned files" refers to document that are in hard copy form at the time of collection and have been scanned into TIFF images. The term "Emails" and "Edocs" refers to files that are in electronic form at the time of their collection.

| Field Name | Field Description | Email | Edocs Files | Scanned Files |
|---|---|---|---|---|
| Custodian | Name of custodian(s) of email(s) or file(s) produced (Last Name, First Name format) as available | x | x | x |
| All Custodian(s) | Name(s) of other custodian(s) that possessed the electronic file (Last Name, First Name format) as available; multiple custodians separated by semicolon | x | x | |
| BegBates | Beginning Bates# (including Prefix) | x | x | x |
| EndBates | Ending Bates# (including Prefix) | x | x | x |
| BegAttach | Beginning Bates number of the first document in an attachment range, as available | x | x | x |
| EndAttach | Ending Bates number of the last document in an attachment range, as available | x | x | x |
| ParentID | Parent Bates, including Prefix (only in Child records), as available | x | x | x |
| AttchIDs | Child Document list — Start Bates of each Child (only in Parent records), as available | x | x | x |

1

| Field Name | Field Description | Email | Edocs Files | Scanned Files |
|---|---|---|---|---|
| From | From field extracted from an email message | x | | |
| Author | Author field extracted from the metadata of a non- email document | | x | |
| To | To or Recipient extracted from an email message | x | | |
| Cc | Carbon Copy ("Cc") field extracted from an email message | x | | |
| Bcc | Blind Carbon Copy ("Bcc") field extracted from an email message | x | | |
| EmailSubject | Subject line extracted from an email message | x | | |
| Filename | File name — Original name of file as appeared in original location | | x | |
| Other Filename(s) | Name of electronic file for other custodian(s) | | x | |
| FilePath | Source filepath for Custodian | x | x | |
| AllPaths | Source filepath(s) for other custodian(s) | x | x | |
| EmailFolder | Source folder for email | x | | |
| Title | Title field extracted from the metadata of a non-email document | | x | |
| DateSent | Sent date of an email message (mm/dd/yyyy format)(a given email will have either a DateSent or Date Rcvd, but not both) | x | | |
| DateRcvd | Received date of an email message (mm/dd/yyyy | x | | |

2

| Field Name | Field Description | Email | Edocs Files | Scanned Files |
|---|---|---|---|---|
| | format)(a given email will have either a DateSent or Date Rcvd, but not both) | | | |
| DateCreated | Date that a non-email file was created (mm/dd/yyyy format) | | x | |
| TimeSent | Time e-mail was sent (hh:mm:ss format)(a given email will have either a TimeSent or Time Rcvd, but not both) | x | | |
| TimeRcvd | Time e-mail was received (hh:mm:ss format)(a given email will have either a TimeSent or Time Rcvd, but not both) | x | | |
| Confidentiality | Confidentiality Designation | x | x | x |
| ExtractedText | File path to Extracted Text/OCR File | x | x | x |
| Native File Path | Path to native file, including Production filename (e.g., Original filename with Bates number, as applicable (for native files only) | x | x | |
| ProdVolume | Identifies production media deliverable | x | x | x |
| DocExt | File extension for the native version of the document whether produced as a native or TIFF image | x | x | |
| Pages | Number of pages in the produced document or electronic file (not applicable to native file productions). | x | x | x |

3

| Field Name | Field Description | Email | Edocs Files | Scanned Files |
|---|---|---|---|---|
| LastAuthor | User last saving the document. | | x | |
| DateLastMod | Date that non-email file was modified as extracted from file system metadata. | | x | |
| MD5 (or SHAI) HashValue | Unique value assigned to document for duplicate identification. | x | x | |
| FileSize | Size of application file document/email in bytes | x | x | x |
| MasterDate/EmailDateSort | Master sort date (e.g., for email attachments, the sent date). | x | x | |
| Language | Identifies the primary language of the document. | x | x | |
| DocType | Identifies the type of document. | x | x | x |
| EmailImportance | "High," Low," or "Normal" (or equivalent if an email client other than Outlook was used), as available | x | | |