# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## RULE 16 PRETRIAL CONFERENCE

County of Anoka,

                Plaintiff,

v.

Tyler Technologies, Inc,

                Defendant.

**COURT MINUTES**
BEFORE: Elizabeth Cowan Wright
U.S. Magistrate Judge, Via Teleconference

| | |
|---|---|
| Civil Case No.: | 20-cv-1524 PAM/ECW |
| Date: | August 24, 2020 |
| Time Commenced: | 12:01 p.m. |
| Time Concluded: | 12:16 p.m. |
| Time in Court: | 15 minutes |

APPEARANCES:

For Plaintiffs:   Jason Stover
For Defendants:   Beth Petronio; Barry Landy

**A pretrial conference was held.   A scheduling order will be issued.**

                                              s/*Elizabeth Cowan Wright*
                                              United States Magistrate Judge