# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

County of Anoka,                                    Case No. 20-cv-1524 PAM/ECW

          Plaintiff,

    v.                                          **STIPULATION OF DISMISSAL**
                                                   **WITH PREJUDICE**
Tyler Technologies, Inc.,

          Defendant.

The above-captioned matter having settled, Plaintiff County of Anoka, and Defendant Tyler Technologies, Inc., by their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), hereby stipulate to a dismissal with prejudice of all of their respective claims and counterclaims asserted in the above-captioned action, each party to bear its own attorneys' fees and costs.

Dated: April 29, 2021                    By: s/Jason J. Stover
                                            Jason J. Stover

          **ANTHONY C. PALUMBO**
          **ANOKA COUNTY ATTORNEY**
          Jason J. Stover (MN #30573X)
          Assistant Anoka County Attorney
          2100 Third Avenue, Ste. 720
          Anoka, MN 55303-5025
          phone: (763) 324-5457
          Email: jason.stover@co.anoka.mn.us

          **ATTORNEYS FOR COUNTY OF ANOKA**

Dated: April 29, 2021                    By: s/Barry M. Landy
                                            Barry M. Landy

          **CIRESI CONLIN LLP**
          Barry M. Landy (MN #0391307)
          Kyle W. Wislocky (MN #393492)

225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8200
Fax: (612) 361-8217
Email: BML@ciresiconlin.com
Email: KWW@ciresiconlin.com

and

Beth W. Petronio (TX #00797664)
(admitted pro hac)
**K&L GATES, LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Phone: (214) 939-5500
Fax: (214) 939-5849
Email: beth.petronio@klgates.com

**ATTORNEYS FOR DEFENDANT
TYLER TECHNOLOGIES, INC.**