UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| County of Anoka, | Case No. 20-cv-1524 PAM/ECW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Tyler Technologies, Inc., | |
| Defendant. | |

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice by Plaintiff County of Anoka and Defendant Tyler Technologies, Inc. (collectively, the "Parties") in the above-captioned action. (ECF 25.) Having reviewed the Joint Stipulation, it is hereby **ORDERED** that:

1. The Parties' respective claims asserted in the above-captioned action are hereby dismissed with prejudice.

2. The Parties are to bear their own attorneys' fees and costs in the above-captioned action.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

_____        _____
Date                                                                    The Honorable Paul A. Magnuson
                                                                                   Judge of the District Court