UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| County of Anoka, | Civ. No. 20-1524 (PAM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Tyler Technologies, Inc., | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Docket No. 25).

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, with each party to bear their own attorney's fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   April 29, 2021

                                             *s/Paul A. Magnuson*
                                             Paul A. Magnuson
                                             United States District Court Judge