# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| County of Anoka | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-01524-PAM-ECW |
| Tyler Technologies, Inc. | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice**, with each party to bear their own attorney's fees and costs.

Date: 4/30/2021                                                        KATE M. FOGARTY, CLERK